AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Oracio Antonio CASCO-CHAVARRIA

## CRIMINAL COMPLAINT

Case Number:     M-25-1377-M

IAE     YOB: 1991
Honduras

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __June 8, 2025__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ **(Felony).**
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Oracio Antonio CASCO-CHAVARRIA was encountered by Border Patrol Agents near La Joya, Texas, on June 8, 2025. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 7, 2025, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 9, 2025, through Harlingen, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA A. Garcia
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

June 9, 2025

/s/ Eric Garza
Signature of Complainant
Eric Garza, Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer